**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re : | : | Chapter 7 |
| | : | |
| Louis and Kristine Santella | : | Case No. 07-31303 (ASD) |
| | : | |
| Debtors | : | Re: Doc. I.D. No. 70 & 73 |

**BRIEF MEMORANDUM ORDER GRANTING MOTION TO VACATE ORDER ON COURT'S MOTION TO DETERMINE IF DISCHARGE SHOULD ENTER**

After notice and a hearing held February 13, 2008 on the Debtors' Motion to Vacate Order on Court's Motion to Determine If Discharge Should Enter (hereafter, the "Motion"), Doc. I.D. No. 70, and the Objection to Motion to Vacate Order on Court's Motion to Determine If Discharge Should Enter (hereafter, the "Objection"), Doc. I.D. No. 73, the Motion and Objection were taken under advisement.

The Objection asserts, *inter alia*, "the Debtors should have taken the financial management course *before the Filing Date*, not subsequent thereto . . .". ¶ 5 (Emphasis added). There is no support for this argument. See Section 727(a) (mandating entry of a discharge "unless — * * * * (11) after filing the petition, the debtor failed to complete an instruction course concerning personal financial management . . . " (Emphasis added). The balance of the Objection asserts (i) factual contentions without present support in the record (e.g., the debtor's "long and contentious history, as more particularly described in the Genns' complaint" and "repeated failure to make good on commitments", id., or (ii) admitted facts not determinant of the Objection. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is GRANTED, the Objection is OVERRULED, and the Order on Court's Motion to Determine if Discharge Should Not Enter, Doc. I.D. No. 67, is VACATED.

Dated: February 26, 2008                                                          BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge